IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 02-46 |
| | ) | |
| JERMANE E. BONNER | ) | |

ORDER

AND NOW, this **27th** day of September, 2006, upon due consideration of the Government's Motion for Extension of Time to File a Response to Defendant's Motion to Vacate Under 28 U.S.C. § 2255, said Motion is hereby GRANTED.

IT IS FURTHER ORDERED that the government's response to defendant's motion shall be filed on or before November 7, 2006, and any reply thereto shall be filed on or before November 21, 2006.

HONORABLE GARY L. LANCASTER
United States District Judge

cc: Troy Rivetti, AUSA
    Jermaine E. Bonner