IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 02-46 |
| | ) | (Civil Action No. 06-1143) |
| JERMANE E. BONNER | ) | |

**ORDER**

AND NOW, this 27th day of March, 2007, upon consideration of Jermane E. Bonner's Consented-To Petition to Continue Hearing on Motion to Vacate under § 2255, the Petition should be and hereby is, GRANTED; and it is

FURTHER ORDERED, that the hearing in this matter is set for Friday, May 18, 2007, at 10 a. m.

By the Court

_____
Lancaster, J.

cc:  All Counsel
     US Marshal