IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 02-46 |
| | ) (Civil Action No. 06-1143) |
| JERMANE E. BONNER | ) |

**ORDER**

AND NOW, this 10TH day of May, 2007, upon consideration of the Joint Petition to Continue Hearing on Motion to Vacate Under § 2255, the Petition should be and hereby is, GRANTED; and it is

FURTHER ORDERED, that the hearing in this matter is set for July 13, 2007 at 11:00 A. m.

By the Court

_____
Lancaster, J.

cc: All Counsel
    US Marshal