IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 02-46 |
| | ) | |
| JERMANE E. BONNER | ) | (Civil Action No. 06-1143) |

## ORDER

On this 3rd day of July, 2007, upon consideration of the Petition to Continue Hearing on Motion to Vacate Under § 2255, the Petition should be and hereby is, GRANTED; and it is

FURTHER ORDERED, that the hearing in this matter is set for Monday, August 27, 2007 at 1:30 PM.

By the Court,

_____
Lancaster, J.

cc: All Counsel
    US Marshal